# UNITED STATES DISTRICT COURT
## Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

## April 13, 2012

**CASE NUMBER:  CV 12-01744 EDL**  
**CASE TITLE:  F.G. CROSTHWAITE-v-BAINES GROUP INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/13/12

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects  
Log Book Noted                               Entered in Computer 4/13/12 ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                      Transferor CSA